UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAY DAVION JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>SCOTT MCEWEN, WARDEN,<br><br>　　　　　Respondent. | ) CASE NO. CV 13-626-DSF (PJW)<br>)<br>) ORDER TO SHOW CAUSE WHY PETITION<br>) SHOULD NOT BE DISMISSED<br>)<br>)<br>)<br>)<br>) |

　　　On January 15, 2013, Petitioner constructively filed a Petition for Writ of Habeas Corpus, seeking to challenge his March 2004 conviction on four counts of armed robbery following a no contest plea. (Petition at 2.) In the Petition, he claims that counsel provided ineffective assistance before and after Petitioner entered his plea, he was denied his right to a jury trial, and he was unlawfully convicted on one of the armed robbery counts. (Petition at attached pages 4a and 4b.) For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred.

　　　State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d). Here, Petitioner's conviction

1  became final on May 4, 2004--60 days after Petitioner was sentenced
2  and the time expired for him to file an appeal.  *See Mendoza v. Carey*,
3  449 F.3d 1065, 1067 (9th Cir. 2006); *Lewis v. Mitchell*, 173 F. Supp.
4  2d 1057, 1060 (C.D. Cal. 2001).  Therefore, the statute of limitations
5  expired one year later, on May 4, 2005.  *See Patterson v. Stewart*, 251
6  F.3d 1243, 1246 (9th Cir. 2001).  Petitioner, however, did not file
7  this Petition until January 2013, more than seven and a half years
8  after the deadline.
9         IT IS THEREFORE ORDERED that, no later than **March 1, 2013**,
10 Petitioner shall inform the Court in writing why this case should not
11 be dismissed with prejudice because it is barred by the statute of
12 limitations.  Failure to timely file a response will result in a
13 recommendation that this case be dismissed.
14        DATED:   January 30, 2013

                                     _____
17                                   PATRICK J. WALSH
                                     UNITED STATES MAGISTRATE JUDGE

28 S:\PJW\Cases-State Habeas\JOHNSON, D 626\OSC dismiss pet.wpd

2