UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAY DAVION JOHNSON,<br><br>           Petitioner,<br><br>    v.<br><br>SCOTT MCEWEN, WARDEN,<br><br>           Respondent. | CASE NO. CV 13-626-DSF (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 7/29/13.

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Johnson Judgment.wpd